[jiffyord] [Bench Order +]

ORDERED.

Dated: **July 07, 2020**

_Catherine M. McEwen_
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Trail Management, LLC, (Delaware LLC with Assets in FLORIDA)

Case No.
8:20−bk−00963−CPM
Chapter 7

_____Debtor*_____/

**ORDER DENYING MOTION TO COMPEL WESTWATER TO PRODUCE DOCUMENTS**

THIS CASE came on for hearing on July 2, 2020 , for consideration of the **Motion to Compel Westwater to Produce Documents** (Doc. **161** ), filed by **Debtor Trail Management, LLC, (Delaware LLC with Assets in FLORIDA)** .

For the reasons stated orally and recorded in open court, the Motion to Compel Westwater to Produce Documents is Denied .

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Amber Robinson is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.