ORDERED.

Dated:  October 28, 2020

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Trail Management, LLC,

    Debtor.

_____/

Case No. 8:20-bk-00963-CPM

Chapter 7

### ORDER STRIKING PROHIBITED PRO SE FILING BY MICHAEL KIM

THIS CASE came on for consideration upon the paper (the "Prohibited Filing") (Doc. No. 287) filed pro se by Michel Kim on October 27, 2020. On October 20, 2020, the Court entered on order (the "Bar Order") (Doc. No. 280), which, among other things, barred Mr. Kim from filing further papers without the assistance of an attorney licensed admitted to practice before this Court. Specifically, paragraph 7 of the Bar Order reads:

> This Court declares Kim and the Debtor to be vexatious litigators. This Court hereby issues a modified *Martin-Trigona* injunction against Kim and the Debtor. Consequently, Kim and the Debtor shall not file any further papers in this case, or any related adversary proceedings, without a member in good standing with the Florida Bar and eligible to practice before courts in the Middle District of Florida signing the paper. If Kim files papers *pro se* following entry of this Order, the papers will be stricken and disregarded by the Court. If Kim continues to file papers after his papers have been stricken, the papers will be ignored by the Court and deemed a nullity.

Accordingly, it is:

**ORDERED** that the Court strikes the Prohibited Filing.  Further, as set forth in the Bar Order, if Mr. Kim continues to file papers after they have been stricken, the Court will deem them a nullity and take no action on them.

The Clerk is directed to serve a copy of this order on the movant and interested non-CM/ECF filers.